[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 20-10962
Non-Argument Calendar
_____

D.C. Docket No. 8:14-cr-00469-RAL-MAP-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALBERT JOSEPH SCIPIONE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(June 12, 2020)

Before WILLIAM PRYOR, Chief Judge, GRANT and LUCK, Circuit Judges.

PER CURIAM:

Attorney Lynn Bailey, appointed counsel for Albert Scipione in this direct criminal appeal, has filed a motion to withdraw from further representation of Scipione, supported by a brief prepared under *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Scipione's revocation of supervised release and sentence are **AFFIRMED**.